IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AMY BRYANT, M.D., M.S.C.R.; BEVERLY GRAY, M.D.; ELIZABETH DEANS, M.D., on behalf of themselves and their patients seeking abortions; and PLANNED PARENTHOOD SOUTH ATLANTIC, on behalf of itself, its staff, and its patients seeking abortions,<br><br>Plaintiffs,<br><br>v.<br><br>JIM WOODALL, in his official capacity as District Attorney ("DA") for Prosecutorial District ("PD") 15B; ROGER ECHOLS, in his official capacity as DA for PD 14; ELEANOR E. GREENE, M.D., M.P.H, in her official capacity as President of the North Carolina Medical Board; RICK BRAJER, in his official capacity as Secretary of the North Carolina Department of Health and Human Services; and their employees, agents, and successors,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 1:16-CV-01368-WO-LPA |

## PLAINTIFFS' MOTION FOR CLARIFICATION

Plaintiffs hereby seek clarification of the Court's March 25, 2019 Memorandum Opinion and Order ("Order") granting Plaintiffs' Second Motion for Summary Judgment and permanently enjoining Defendants from enforcing N.C. Gen. Stat. § 14-45.1(a) to the extent it prohibits any previability abortions. Mem. Op. & Order at 48, ECF No. 84. Plaintiffs' motion is supported by the Memorandum of Law in Support of Plaintiffs' Motion for Clarification. A proposed order is attached to this motion as Exhibit A.

Plaintiffs sought declaratory and injunctive relief from N.C. Gen. Stat. §§ 14-44, 14-45, 14-45.1(a)–(b) *as applied to women seeking previability abortions*. Thus, Plaintiffs now respectfully ask the Court to clarify the Order to grant Plaintiffs' request that the Court issue a declaratory judgment finding N.C. Gen. Stat. §§ 14-44, 14-45, and 14-45.1(a)–(b) unconstitutional as applied to women seeking previability abortions and permanently enjoin Defendants, their employees, agents, and successors from enforcing the statutes as applied to women seeking previability abortions.

RESPECTFULLY SUBMITTED this 25th day of April, 2019.

*/s/ Genevieve Scott*

Irena Como, NC Bar #51812
ACLU of North Carolina
P.O. Box 28004
Raleigh, NC  27611-8004
(919) 834-3466
icomo@acluofnc.org
COUNSEL FOR PLAINTIFFS

Genevieve Scott*
Julie Rikelman*
Caroline Sacerdote*
Center for Reproductive Rights
199 Water Street, 22nd Fl.
New York, NY 10038
(917) 637-3605
(917) 637-3666 Fax
gscott@reprorights.org
jrikelman@reprorights.org
csacerdote@reprorights.org
COUNSEL FOR AMY BRYANT, M.D., M.S.C.R.

Andrew Beck*
American Civil Liberties Union Foundation

125 Broad Street, 18th Fl.
New York, NY 10004
(212) 549-2633
abeck@aclu.org
COUNSEL FOR BEVERLY GRAY, M.D., AND ELIZABETH DEANS, M.D.

Carrie Y. Flaxman*
Planned Parenthood Federation of America
1110 Vermont Avenue, NW, Suite 300
Washington, D.C. 20005
(202) 973-4830
carrie.flaxman@ppfa.org

Maithreyi Ratakonda*
Planned Parenthood Federation of America
123 William Street, 9th Fl.
New York, NY 10038
(212) 261-4405
mai.ratakonda@ppfa.org
COUNSEL FOR PLANNED PARENTHOOD SOUTH ATLANTIC

*By Special Appearance

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April, 2019, I electronically filed the foregoing Plaintiffs' Motion for Clarification with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have appeared in the case.

*/s/ Genevieve Scott*
Genevieve Scott*
Center for Reproductive Rights
199 Water Street, 22nd Fl.
New York, NY 10038
(917) 637-3605
(917) 637-3666 Fax
gscott@reprorights.org