IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AMY BRYANT, M.D., BEVERLY GRAY, )
M.D., ELIZABETH DEANS, M.D., )
and PLANNED PARENTHOOD SOUTH )
ATLANTIC, )
 )
        Plaintiffs, )
 )
  v. )      1:16CV1368
 )
JIM WOODALL, SATANA DEBERRY, )
ELEANOR E. GREENE, and )
DR. MANDY K. COHEN, each in )
their official capacity, )
 )
        Defendants. )

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed March 25, 2019, (Doc. 84), and modified on May 23, 2019, (Doc. 90),

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiffs' Second Motion for Summary Judgment, (Doc. 44), is **GRANTED**.

**IT IS FURTHER ORDERED** that N.C. Gen. Stat. § 14-45.1(a) is hereby declared unconstitutional and the enforcement of N.C. Gen. Stat. §§ 14-45.1(a), 14-44 and 14-45 is **ENJOINED** only to the extent that N.C. Gen. Stat. § 14-45.1(a), in conjunction with §§ 14-44 and 14-45, prohibits any pre-viability abortions. For purposes of this order, the word "viability" shall be

defined by reference to Supreme Court precedent. See Planned Parenthood of Se. Pa. v. Casey, 505 U.S. 833, 870 (1992) ("[T]he concept of viability, as we noted in Roe, is the time at which there is a realistic possibility of maintaining and nourishing a life outside the womb . . . .").

Any remaining claims are **DISMISSED**.

This the 24th day of May, 2019.

William L. Osteen, Jr.
United States District Judge