UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:16-CV-01368-WO-LPA

| | |
|---|---|
| AMY BRYANT, M.D., BEVERLY GRAY, M.D., ELIZABETH DEANS, M.D., and PLANNED PARENTHOOD SOUTH ATLANTIC, <br><br> Plaintiffs, <br><br> v. <br><br> JIM WOODALL, SATANA DEBERRY, ELEANOR E. GREENE, and DR. MANDY K. COHEN, each in their official capacity, <br><br> Defendants. | DEFENDANTS' NOTICE OF APPEAL |

All of the defendants, by and through their undersigned counsel, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the Fourth Circuit from this Court's May 24, 2019, Judgment (Doc. 91).

This 24th day of June, 2019.

/s/ I. Faison Hicks
I. Faison Hicks
Special Deputy Attorney General

North Carolina Department of Justice
114 West Edenton Street
Raleigh, North Carolina 27603
Post Office Box 629
Raleigh, North Carolina 27602-0629
Telephone: 919-716-6629
Facsimile: 919-716-6763
Cellular: 704-277-8635
Email: fhicks@ncdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that, on the 24th day of June 2019, I caused a copy of the foregoing to be electronically filed with the Office of the Clerk of Court of the United States District Court for the Middle District of North Carolina using the CM/ECF system, which will automatically send notification of such filing to all counsel of record who have appeared in this case.

*/s/ I. Faison Hicks*
I. Faison Hicks
Special Deputy Attorney General
*Attorney for the Defendants*
