# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AMY BRYANT, M.D, M.S.C.R.;
BEVERLY GRAY, M.D., ELIZABETH
DEANS, M.D., on behalf of themselves and
their patients seeking abortions; and
PLANNED PARENTHOOD SOUTH
ATLANTIC, on behalf of itself, its staff, and
its patients seeking abortions,

                        *Plaintiffs*,

v.

JIM WOODALL, in his official capacity as
District Attorney ("DA") for Prosecutorial
District ("PD") 15B; ROGER ECHOLS, in
his official capacity as DA for PD 14;
ELEANOR E. GREENE, M.D., M.P.H., in
her official capacity as President of
The North Carolina Medical Board; Rick Brajer,
in his official capacity as Secretary of the North
Carolina Department of Health and Human Services;
and their employees, agents, and successors,

                        *Defendants*.

**Civil Action No. 1:16-cv-01368**

## NOTICE OF SUBSTITUTION OF COUNSEL

In accordance with Local Civil Rule 83.1(e), attorney Irena Como respectfully

requests the Clerk of the Court to withdraw her appearance as counsel for Plaintiffs in

this action. Ms. Como is departing from the American Civil Liberties Union of North

Carolina Legal Foundation and will thus no longer be able to represent Plaintiffs.

Attorney Jaclyn Maffetore from the American Civil Liberties Union of North Carolina

1

Legal Foundation is substituting as counsel for Plaintiffs and certifies by her signature below that she is aware of and will comply with all pending deadlines in this action.

Dated: July 12, 2022                                    Respectfully submitted,

/s/ Irena Como
Irena Como
North Carolina Bar No. 51812
American Civil Liberties Foundation of
North Carolina Legal Foundation
Post Office Box 28004
Raleigh, NC 27611
Telephone: (919) 834-3466
Facsimile: (919) 869-2075
Email: icomo@acluofnc.org

/s/Jaclyn Maffetore
Jaclyn Maffetore
North Carolina Bar No. 50849
American Civil Liberties Foundation of
North Carolina Legal Foundation
Post Office Box 28004
Raleigh, NC 27611
Telephone: (919) 354-5070
Facsimile: (919) 869-2075
Email: jmaffetore@acluofnc.org

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing **Notice of Substitution of Counsel** with the CM/ECF system, which will send electronic notification to counsel of record for all parties.

Dated: July 12, 2022

Respectfully submitted,

/s/Jaclyn Maffetore
Jaclyn Maffetore
North Carolina Bar No. 50849
American Civil Liberties Foundation of
North Carolina Legal Foundation
Post Office Box 28004
Raleigh, NC 27611
Telephone: (919) 354-5070
Facsimile: (919) 869-2075
Email: jmaffetore@acluofnc.org